**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GEORGE L. SKAGERBERG,

    Plaintiff,

                                        Civil Case No. 04-74961

-vs-                                  PAUL D. BORMAN
                                      UNITED STATES DISTRICT JUDGE

JO ANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.
_____/

**ORDER (1) ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

    Before the Court is the Appeal of Magistrate Judge Pepe's Report and Recommendation ("R&R"), dated December 12, 2005. Magistrate Pepe recommended that this Court affirm the Commissioner's July 31, 2002 final decision that Plaintiff was not disabled because, despite his impairments, he could perform a significant number of limited sedentary-level jobs.

    Having considered the R&R, as well as any objections filed thereto,

    **IT IS HEREBY ORDERED** that (1) the Magistrate Judge's recommendation is adopted and entered as the findings and conclusions of this Court; (2) Defendant's Motion for Summary Judgment is GRANTED; and (3) Plaintiff's Motion for Summary Judgment is DENIED.


                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: January 31, 2006

**CERTIFICATE OF SERVICE**

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 31, 2006.


                                            s/Jonie Parker
                                            Case Manager